FILED
John E. Triplett, Acting Clerk
United States District Court

By jburrell at 3:30 pm, May 05, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO.  2:21cr-24 |
| | ) | |
| v. | ) | 18 U.S.C. § 641 |
| | ) | Embezzlement of Government |
| NICHOLAS S. ALSPAUGH | ) | Property |
| | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Embezzlement of Government Property*
18 U.S.C. § 641

Between on or about January 12, 2019 and on or about December 16, 2019, on Naval Submarine Base Kings Bay, in Camden County, in the Southern District of Georgia, the defendant,

**NICHOLAS S. ALSPAUGH,**

willfully and knowingly did embezzle and convert to his own use various power tools and mechanics' tools, property of the United States of a value exceeding $10,000, which property had come into the possession and under the care of Nicholas S. Alspaugh by virtue of his employment as a contractor with the Department of the Navy.

All in violation of Title 18, United States Code, Section 641.

{Signatures on following page}

_____  
David H. Estes  
Acting United States Attorney

_____  
Darron J. Hubbard  
Special Assistant United States Attorney  
*Lead Counsel

_____  
Karl Knoche  
Assistant United States Attorney  
Chief, Criminal Division